# United States Court of Appeals
## For the First Circuit

No. 06-2292

DAVID M. DUTIL,

Petitioner, Appellant,

v.

ROBERT MURPHY,

Respondent, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on December 11, 2008 is amended as follows:

On page 16, line 15: the word "hearing" is substituted for the word "trial"

On page 16, line 18: the word "hearing" is substituted for the word "trial"